UNITED STATES v. WEDEMANN & GODKNECHT, INC., A/C BUNTE BROS. ET AL.

No. 6271.—Invoices dated London, England, November 29, 1939, etc.
   Certified December 1, 1939, etc.
   Entered at New York, N. Y., January 13, 1940, etc.
   Entry No. 775200, etc.

(Decided April 8, 1946)

*Paul P. Rao,* Assistant Attorney General (*Samuel D. Spector,* special attorney), for the plaintiff.
*Cass, Bacal & Castaldi* (*Alvin C. Cass* of counsel) for the defendants.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated and agreed, subject to the approval of the court, that the market value or price at the time of exportation of the merchandise involved herein, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets from which exported, in the usual wholesale

quantities and in the ordinary course of trade, for exportation to the United States, plus, when not included in such price, cost of containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States was $27.50 per thousand, less nondutiable charges as entered.

It is further stipulated and agreed that there was no higher foreign value for the merchandise herein at the time of exportation.

It is further stipulated and agreed that this case may be submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was $27.50 per thousand, less nondutiable charges as entered.

Judgment will be rendered accordingly.